NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------- :
                                               :
JOHN ASTRIAB et al.,                           :
                                               :
                Plaintiffs,         :   Civil Action No. 06-3790 (SRC) (MAS)
                                               :
v.                                             :
                                               :   **OPINION & ORDER**
CITY OF JERSEY CITY et al.,                    :
                                               :
                Defendants.        :
---------------------------------------------- :

**CHESLER, U.S.D.J.**

      This matter comes before the Court on the motion to reopen the case and to reassert supplemental jurisdiction by Defendants City of Jersey City, Jersey City Police Department, and Jerramiah Healy (collectively, "Jersey City"). For the reasons stated below, the motion will be granted.

      This case arises in the context of employment disputes between Plaintiffs and Jersey City. In August of 2011, this Court granted in part Defendants' motions for summary judgment, resolving all of the federal claims of Plaintiffs and declining to exercise supplemental jurisdiction over the remaining state law claims, dismissing them without prejudice. That decision was appealed to the Third Circuit, which vacated this Court's judgments.

      Defendants now ask this Court both to reopen the case and to "exercise supplemental jurisdiction over Plaintiff's state law claims." (Defs.' Br. 4.) No such exercise is needed. This Court dismissed the state law claims and the Third Circuit vacated that Order. The Order which dismissed the state law claims having been vacated, those claims are back in the case. At the same time, however, the Court notes that Defendants' brief states that the dismissed state law

claims were refiled in state court, where that action is pending.  Reinstatement of the state law claims in this federal court case has no effect on the pending state court action.  The parties are free to make any application to either court to facilitate the efficient resolution of these disputes.

For these reasons,

**IT IS** on this 18th day of August, 2014,

**ORDERED** that this case is **REOPENED**; and it is further

**ORDERED** that Defendants' motion to reassert supplemental jurisdiction (Docket Entry No. 139) is **GRANTED**.

                                                                  s/ Stanley R. Chesler  
                                                          Stanley R. Chesler, U.S.D.J.